IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA TREZZA | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 18-1626 |
| SOANS CHRISTIAN ACADEMY, INC. ET AL. | : |

**ORDER**

AND NOW, this 25th day of March, 2019, upon consideration of the Motion to Dismiss Plaintiff's Complaint by Defendants Soans Christian Academy, Inc., Grace Trinity United Church of Christ, and the Pennsylvania Southeast Conference United Church of Christ (ECF No. 11), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion is **GRANTED**.

2. All claims in Plaintiff's Complaint are **DISMISSED** as against Defendants Soans Christian Academy, Inc., Grace Trinity United Church of Christ, and the Pennsylvania Southeast Conference United Church of Christ.

**IT IS SO ORDERED.**

**BY THE COURT:**

R. BARCLAY SURRICK, J.